UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANA DiSTASI,<br><br>   Plaintiff,<br><br> -against-<br><br>NAVIENT SOLUTIONS, INC.<br>f/k/a Sallie Mae, Inc.,<br><br>   Defendant. | Case No.: 1:15-cv-00038-GTS-ATB<br><br>**NOTICE OF SETTLEMENT** |

  NOW COMES the Plaintiff, DANA DiSTASI, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

  Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

            RESPECTFULLY SUBMITTED,

            By: /s/ Shireen Hormozdi
            Shireen Hormozdi
            Krohn & Moss, Ltd
            10474 Santa Monica Blvd., Suite 401
            Los Angeles, CA 90025
            Phone: (323) 988-2400 ext. 267
            Fax: (866) 802-0021
            Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2015, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

/s/ Shireen Hormozdi
Shireen Hormozdi
Attorney for Plaintiff

.